IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL KIRCHER and ROBERT BROCKWAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PUTNAM FUNDS TRUST, PUTNAM INVESTMENT MANAGEMENT, LLC, EVERGREEN INTERNATIONAL TRUST and EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No.  10-CV-326-DRH<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT**

COME NOW Plaintiffs and for their motion to remand this case to state court, pursuant to 28 U.S.C. § 1447(c), state as follows:

1. On January 6, 2010, the Illinois appellate court issued its decision holding that Plaintiffs' claims were precluded by the Securities Litigation Uniform Standards Act.

2. The Illinois appellate court's mandate did not issue until March 30, 2010.

3. Defendants removed the case on April 29, 2010.

4. The removal statute, 28 U.S.C. § 1446(b), provides in relevant part that "[i]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable …."

5. The Illinois appellate court's January 6 decision was either an "order or other paper" from which the Defendants' grounds for removal could "be ascertained," so the appellate court's

1

March 30 mandate is necessarily *not* an "order or other paper from which it may ***first*** be ascertained that the case is one which is or has become removable …." (emphasis added).

6. Accordingly, Defendants' removal of this case 83 days after the issuance of the Illinois appellate court's January 6 decision is untimely.

WHEREFORE, for these reasons, more fully discussed in Plaintiffs' memorandum filed in support of this motion, Plaintiffs request that the Court remand this case to state court pursuant to 28 U.S.C. § 1447(c) and for such further relief as the Court deems appropriate.

By: */s/ Klint L. Bruno*
Klint L. Bruno
Korein Tillery LLC
205 North Michigan Avenue, Suite 1940
Chicago, IL  60601-4269
Direct: (312) 899-5065
Fax: (312) 641-9751

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that service of the foregoing document was made by means of the Notice of Electronic Filing on May 17, 2010, to the following counsel of record:

| | |
|---|---|
| Rebecca R. Jackson | Charles L. Joley |
| Bryan Cave | Donovan, Rose et al. |
| 211 North Broadway | Generally Admitted |
| One Metropolitan Square, Suite 3600 | 8 East Washington Street |
| St. Louis, MO 63102 | Belleville, IL 62220 |
| 314-259-2000 | 618-235-2020 |
| Email: rrjackson@bryancave.com | Fax: 618-235-9632 |
| | Email: cjoley@ilmoattorneys.com |

                                          */s/ Klint L. Bruno*
                                        Klint L. Bruno
                                        Korein Tillery LLC
                                        205 North Michigan Avenue, Suite 1940
                                        Chicago, IL  60601-4269