# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:10–cv–00326–DRH –PMF

| | |
|---|---|
| Kircher et al v. Putnam Funds Trust et al | Date Filed: 04/29/2010 |
| Assigned to: Chief Judge David R. Herndon | Date Terminated: 07/14/2010 |
| Referred to: Magistrate Judge Philip M. Frazier | Jury Demand: Both |
| Demand: $300,000 | Nature of Suit: 850 Securities/Commodities |
| Case in other court: Madison County Circuit Court, 03–L–1255 | Jurisdiction: Federal Question |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**Carl Kircher**  
*individually and on behalf of all others similarly situated*

represented by **Stephen M. Tillery**  
Korein Tillery – St. Louis  
Generally Admitted  
505 North 7th Street  
Suite #3600  
St. Louis, MO 63101  
314–241–4844  
Fax: 314–241–3525  
Email: stillery@koreintillery.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Klint L. Bruno**  
Korein Tillery– Chicago  
Generally Admitted  
205 North Michigan Ave., Suite 1940  
Chicago, IL 60601  
312–899–5065  
Fax: 312–641–9555  
Email: kbruno@koreintillery.com  
*ATTORNEY TO BE NOTICED*

**Robert L. King**  
Korein Tillery – St. Louis  
Generally Admitted  
505 North 7th Street  
Suite #3600  
St. Louis, MO 63101  
314–863–6902  
Fax: 314–863–7902  
Email: rlkinglaw@gmail.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Brockway**  
*individually and on behalf of all others similarly situated*

represented by **Stephen M. Tillery**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kimt L. Bruno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert L. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Putnam Funds Trust**
*a business trust*

represented by **Rebecca R. Jackson**
Bryan Cave – St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314–259–2000
Email: rrjackson@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Putnam Investment Management, LLC**

represented by **Charles L. Joley**
Donovan, Rose et al.
Generally Admitted
8 East Washington Street
Belleville, IL 62220
618–235–2020
Fax: 618–235–9632
Email: cjoley@ilmoattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evergreen International Trust**
*a business trust*

represented by **Rebecca R. Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Steinberg**
Sullivan &Worcester
One Post Office Square
Boston, MA 02109
617–338–2800
Email: lsteinberg@sandw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evergreen Investment Management Company, LLC**

represented by **Rebecca R. Jackson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2010 | Ï 1 | Case Opened. Filing Fee Due. Documents may now be electronically filed. Case number 10–326–JPG–PMF must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice &Consent to Trial by US Magistrate Judge)(tkm ) (Entered: 04/29/2010) |
| 04/29/2010 | Ï 2 | NOTICE OF REMOVAL by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC from Circuit Court for Madison County, Illinois, case number 2003 L 001255. ( Filing fee $ 350 receipt number 0754–1104863) (Attachments: # 1 Appendix of Procedural History, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Civil Cover Sheet)(Joley, Charles) (Entered: 04/29/2010) |
| 04/29/2010 | Ï 3 | NOTICE of Appearance by Charles L. Joley on behalf of Putnam Investment Management, LLC (Joley, Charles) (Entered: 04/29/2010) |
| 04/29/2010 | Ï 4 | Corporate Disclosure Statement by Putnam Investment Management, LLC identifying Corporate Parent Putnam Investments, LLC, Corporate Parent Great−West LifeCo, Inc. for Putnam Investment Management, LLC. (Joley, Charles) (Entered: 04/29/2010) |
| 05/03/2010 | Ï 5 | NOTICE of Appearance by Robert L. King on behalf of Robert Brockway, Carl Kircher (King, Robert) (Entered: 05/03/2010) |
| 05/03/2010 | Ï 6 | NOTICE of Appearance by Klint L. Bruno on behalf of Robert Brockway, Carl Kircher (Bruno, Klint) (Entered: 05/03/2010) |
| 05/05/2010 | Ï 7 | ORDER REASSIGNING CASE. Case reassigned to Chief Judge David R. Herndon for all further proceedings. Judge J. Phil Gilbert no longer assigned to case. Signed by Judge J. Phil Gilbert on 5/5/10. (bkl) (Entered: 05/05/2010) |
| 05/06/2010 | Ï 8 | RESPONSE *In Opposition to Plaintiffs' Motion to Vacate Order Dismissing Action and For Leave to File First Amended Complaint (see Exhibit G attached to Doc 2 Notice of Removal)* filed by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC. (Attachments: # 1 Exhibit 1)(Joley, Charles) (Entered: 05/06/2010) |
| 05/13/2010 | Ï 9 | First MOTION for Extension of Time to File Response/Reply *in Support of Plaintiffs' State Court Motion to Modify Dismissal Order and for Leave to File First Amended Complaint* by Robert Brockway, Carl Kircher. (King, Robert) (Entered: 05/13/2010) |
| 05/17/2010 | Ï 10 | MOTION to Remand to State Court by Robert Brockway, Carl Kircher. (Bruno, Klint) (Entered: 05/17/2010) |
| 05/17/2010 | Ï 11 | MEMORANDUM in Support re 10 MOTION to Remand to State Court filed by Robert Brockway, Carl Kircher. (Bruno, Klint) (Entered: 05/17/2010) |
| 05/25/2010 | Ï 12 | ORDER GRANTING 9 Motion for an Extension of Time to File a Reply in Support of Plaintiffs' State Court Motion to Modify Order Dismissing Action and for Leave to File First Amended Complaint, brought by Plaintiffs Carl Kircher and Robert Brockway. In the event the Court denies 10 Plaintiffs' Motion to Remand Case to State Court, Plaintiffs shall file their reply brief in support of their motion to vacate the judgment in this case and for leave to file an amended |

| | | |
|---|---|---|
| | | complaint not later than ten (10) days from the date of entry of such order denying remand. Naturally, in the event this case is remanded, Plaintiffs will need to seek an extension of time to file their reply brief in the Circuit Court of the Third Judicial Circuit, Madison County, Illinois. Signed by Chief Judge David R. Herndon on 5/25/10. (seg) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/25/2010) |
| 05/26/2010 | 13 | CJRA TRACK D assigned: Jury Trial set for presumptive trial month of May, 2012 in East St. Louis Courthouse before Chief Judge David R. Herndon.(skp) (Entered: 05/26/2010) |
| 05/26/2010 | 14 | Corporate Disclosure Statement by Evergreen International Trust, Evergreen Investment Management Company, LLC. (Jackson, Rebecca) (Entered: 05/26/2010) |
| 05/26/2010 | 15 | NOTICE of Appearance by Rebecca R. Jackson on behalf of Evergreen International Trust, Evergreen Investment Management Company, LLC (Jackson, Rebecca) (Entered: 05/26/2010) |
| 05/26/2010 | 16 | MOTION to Stay *Proceedings Pending Transfer Determination by the Judicial Panel on Multidistrict Litigation* by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Joley, Charles) (Entered: 05/26/2010) |
| 05/26/2010 | 17 | NOTICE by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC *of Order Preliminarily Enjoining Prosecution of this Action by Plaintiffs* (Attachments: # 1 Exhibit A)(Joley, Charles) (Entered: 05/26/2010) |
| 05/26/2010 | 18 | NOTICE by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC *of Filing of Notice of Tag−Along Action with Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit 1)(Joley, Charles) (Entered: 05/26/2010) |
| 06/21/2010 | 19 | MEMORANDUM in Opposition re 10 MOTION to Remand to State Court filed by Evergreen International Trust, Evergreen Investment Management Company, LLC, Putnam Funds Trust, Putnam Investment Management, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Joley, Charles) (Entered: 06/21/2010) |
| 07/07/2010 | 20 | Preliminary Transfer Order signed by Judicial Panel of Multidistrict Litigation (Attachments: # 1 Cover Letter from MDL)(myz) (Entered: 07/07/2010) |
| 07/14/2010 | 21 | CONDITIONAL TRANSFER ORDER (CTO−23) TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to District of Maryland, In re MDL 1586, Mutual Funds Investment Litigation. (myz) (Entered: 07/14/2010) |