UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

July 14, 2010


RE:   Kircher, et al v Putman Funds Trust, et al
      JFM-10-1887


Dear Counsel:

The above entitled case was received and docketed in this Court on 7/14/10 having been transferred from the USDC-Southern District of Illinois (East St. Louis).

It has been assigned to Judge J. Frederick Motz. The file number is listed above and all future questions should be referred to Claudia Gibson.

Sincerely,

_____/s/_____
Ramona Farrow, Deputy Clerk for
Felicia C. Cannon, Clerk

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov