FILED
U.S. DISTRICT COURT
DIST... ...MARYLAND

2011 JAN 19   A 11: 54

CLERK'S OFFICE
AT ...........

BY ......................

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| This Document Relates To: The Putnam Subtrack | Civil Action No. 04-MD-15863 Honorable J. Frederick Motz |
| Saunders, et al. v. Putnam American Government Income Fund, et al. | Civil Action No. 04-cv-00560 |
| Carl Kircher, et al., v. Putnam Funds Trust, et al., | Civil Action No. 10-cv-1887 |

## [PROPOSED] ORDER

Upon the Assented-To Motion Of The Putnam Defendants For Entry Of Separate

And Final Judgment Pursuant To Fed. R. Civ. P. 54(b), and upon all other papers and

proceedings herein,

IT IS HEREBY DETERMINED THAT, based on the Court's Order And Final

Judgment, dated November 15, 2010, conferring final approval on the class settlement in the

Putnam Subtrack (Civ. A. No. 04-cv-00560, Dkt. No. 321), there is no just reason for delay in

entering separate and final judgment as to Defendants Putnam Funds Trust and Putnam

Investment Management, LLC (the "Putnam Defendants") as to Plaintiff Karl Kircher. As a

class member, Plaintiff will receive the same benefits from the class settlement as all similarly

situated class members.

IT IS THEREFORE ORDERED THAT separate and final judgment is entered,

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in favor of each of the Putnam

Defendants.

Because Mr. Kircher is the only Plaintiff who has asserted claims against the

Putnam Defendants, this Order terminates the litigation against the Putnam Defendants.

Plaintiff and the Putnam Defendants will bear their own attorneys' fees and costs.

Dated: January 19, 2011

_____
Honorable J. Frederick Motz
United States District Judge