UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| This Document Relates To: The Putnam Subtrack | Civil Action No. 04-MD-15863 Honorable J. Frederick Motz |
| Saunders, et al. v. Putnam American Government Income Fund, et al. | Civil Action No. 04-cv-00560 |
| Carl Kircher, et al., v. Putnam Funds Trust, et al., | Civil Action No. 10-cv-1887 |

## EVERGREEN DEFENDANTS' MOTION TO TERMINATE ACTION

Defendants Evergreen International Trust and Evergreen Investment Management Company, LLC (collectively, the "Evergreen Defendants") respectfully move this Court for an Order, in the form filed herewith, administratively closing and terminating the action captioned *Kircher, et al. v. Putnam Funds Trust, et al.*, No. 10-cv-1887, with prejudice.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Evergreen Defendants' Motion to Terminate Action.

WHEREFORE, defendants Evergreen International Trust and Evergreen Investment Management Company, LLC respectfully request that the Court grant their motion to terminate the action against them and enter an Order in the form filed herewith.

Dated:  January 20, 2011

| | |
|---|---|
| s/ Laura Steinberg (with permission) | s/ Nicholas G. Terris |
| Laura Steinberg | Jeffrey B. Maletta |
| SULLIVAN & WORCESTER LLP | Nicholas G. Terris |
| One Post Office Square | K&L GATES LLP |
| Boston, Massachusetts 02109 | 1601 K Street, N.W. |
| Tel:  (617) 338-2800 | Washington, DC  20006 |
| Fax:  (617) 338-2880 | Tel:   (202) 778-9000 |
| Email:  lsteinberg@sandw.com | Fax:  (202) 778-9100 |
| | Email:  jeffrey.maletta@klgates.com |
| Counsel for Defendant Evergreen | Email:  nicholas.terris@klgates.com |
| International Trust | |
| | Counsel for Defendant Evergreen |
| | Investment Management Company, LLC |