**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

Kircher, et al.
_____
Plaintiff/Petitioner

vs.

Putnam Funds Trust, et. al.
_____
Defendant/Respondent

No. 03-L-1255

**FILED**
APR 05 2010
CLERK OF CIRCUIT COURT #66
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

**ORDER**

Defendants' motion for judgment on the pleadings is granted in favor of defendants and against plaintiffs. The Securities Litigation Act, 15 USC §78bb(f)(1)(2006) precludes this action. Case dismissed with prejudice.

Clerk to send copies to counsel and close file.

Date 04/05/2010

B. Crowder
Judge