IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALGER, COLUMIBIA, JANUS, MFS, ONE GROUP, PUTNAM, and ALLIANZ-DRESDNER | Case No. 04-md-15863 (Judge J. Frederick Motz) |
| Carl Kircher, et al. v. Putnam Funds Trust, et al. | Case No. JFM-10-1887 |

### ORDER

For the reasons stated in the Opinion being entered herewith, it is, this 20th day of April, 2011

ORDERED that the Evergreen Defendants motion to administratively close and terminate with prejudice the *Kircher* action (Document 27) is granted.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　United States District Judge